**FILED**

MAR 20 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| IN THE MATTER OF THE SEARCH OF 80 Prospector Trail, Bozeman, Montana 59718. | MJ 18-15-M-JCL  ORDER SEALING CASE |
|---|---|

Based on motion of the United States and good cause appearing, IT IS HEREBY ORDERED that this case and all pleadings in it including the Application, Search Warrant and Affidavit, any return of service or receipt, this motion and any order pertaining to this motion to seal filed herein are SEALED pending further Order of this Court.

DATED this 20th day of March, 2018.

JEREMIAH C. LYNCH
United States Magistrate Judge