IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

MAR 29 2018

Clerk, U.S District Court
District Of Montana
Missoula

| In the Matter of the Search of: | MJ 18-15-M-JCL |
|---|---|
| 80 Prospector Trail, Bozeman, Montana 59718 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 29th day of March, 2018.

Jeremiah C. Lynch
United States Magistrate Judge

1